JACOB SCHWARTZ, Respondent, *v.* ESTHER FISHMAN, Appellant.

(Argued January 15, 1929; decided February 13, 1929.)

*Isidor Enselman* and *Harry G. Fromberg* for appellant.
*Charles H. Kelby* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.